**UNSEALED** 2|2|15

United States District Court
Southern District of Texas
FILED

DEC 23 2014

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No** **M-14-1861** |
| | § | |
| **JUAN MANUEL MORALES** | § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about August 1, 2010 and continuing up to and including the date of the return of the indictment, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### JUAN MANUEL MORALES

did knowingly and intentionally conspire and agree with other person or persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about August 15, 2010, in the Southern District of Texas, and within the jurisdiction of the court, defendant,

### JUAN MANUEL MORALES

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 19 kilograms of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY